JACOB LUKIN et al., Respondents, *v.* ANNA FREED, Appellant.

Argued May 26, 1938; decided July 7, 1938.

*Emile Z. Berman, Louis Helfenstein* and *Joseph S. Robinson* for appellant.

*John Bogart* and *Abraham P. Wilkes* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.